UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 06-14054-CR-GRAHAM(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CARLOS JIMENEZ,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to the Honorable Frank J. Lynch United States Magistrate Judge on July 30, 2007. A Report and Recommendation was filed on August 1, 2007, recommending payment in the amount of $7,344.87 as to voucher number FLS0061369 The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of September, 2007.

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Frederick C. Hutchinson, Esq.